IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| (1) MID-CONTINENT CASUALTY COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>(1) GREATER MIDWEST BUILDERS, LTD,<br><br>And<br><br>(2) GREATER MISSOURI BUILDERS, INC.,<br>　　　　Defendants. | Case No. 17-cv-02561 |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

As required by Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Mid-Continent Casualty Company discloses that it is a wholly owned subsidiary of Great American Holding, Inc., which is a wholly owned subsidiary of American Financial Group, Inc.  American Financial Group, Inc. is a publicly held company.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　Sanders Warren Russell & Scheer LLP

　　　　　　　　　　　　　　　　　*/s/ Curtis O. Roggow*
　　　　　　　　　　　　　　　　　Curtis O. Roggow, #14980
　　　　　　　　　　　　　　　　　Jeffrey C. Baker, #19128
　　　　　　　　　　　　　　　　　9401 Indian Creek Parkway, Ste. 1250
　　　　　　　　　　　　　　　　　Overland Park, KS  66210
　　　　　　　　　　　　　　　　　P:  (913) 234-6100
　　　　　　　　　　　　　　　　　F:  (913) 234-6199
　　　　　　　　　　　　　　　　　c.roggow@swrsllp.com
　　　　　　　　　　　　　　　　　Jc.baker@swrsllp.com

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of November, 2017, the above and foregoing pleading was filed with the Court's ECF system, which will notify the following parties:

Lisa A. Weixelman
Lauren E. Tucker McCubbin
Polsinelli PC
900 W. 48th Place, Ste. 900
Kansas City, MO  64112-1895
P: (816) 753-1000 / F: (816) 753-1536
**LWEIXELMAN@POLSINELLI.COM**
**LTUCKER@POLSINELLI.COM**
**ATTORNEYS FOR DEFENDANTS**
**GREATER MIDWEST BUILDERS, LTC. AND**
**GREATER MISSOURI BUILDERS, INC.**

                                                */s/ Curtis O. Roggow*
                                                Attorney